No. 83–6066. GLOVER v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 83–6130. MORENO v. MCKASKLE, ACTING DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 83–6142. HUFFMAN v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 83–6169. FERGUSON v. MCCARTHY, SUPERINTENDENT, CALIFORNIA MEN'S COLONY. C. A. 9th Cir. Certiorari denied.

No. 83–6181. HILL v. MCKASKLE, ACTING DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 83–6218. HOCKENBURY v. SMITH, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 83–6233. SHEEHAN ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 83–6288. PERKINS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 83–6348. SHAH v. HUTTO ET AL. C. A. 4th Cir. Certiorari denied.

No. 83–6377. ANDREWS v. LEEKE, COMMISSIONER, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 83–6420. DOUGLAS v. ROBB ET AL. C. A. 4th Cir. Certiorari denied.

No. 83–6423. JAMESON v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 83–6428. SCARSELLI v. NEW YORK TELEPHONE CO. C. A. 2d Cir. Certiorari denied.

No. 83–6431. ROGERS v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.